UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Kunta L. Brown, Sr.,

      Petitioner,

v.

J. Fikes, Warden, FCI Sandstone,

      Respondent.

Case No. 20-cv-2262 MJD/BRT

**ORDER**

---

This matter is before the Court on the Report and Recommendation and Oder by United States Magistrate Judge Becky R. Thorson dated May 7, 2021. [Doc. No. 24] No objection has been filed in the time allowed.

Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, and in consideration of the applicable law, the Court will adopt the Report and Recommendation in its entirety.

**IT IS HEREBY ORDERED** that Petitioner's motion for the Preliminary Injunction of a Temporary Restraining Order under 28 U.S.C. § 2241 [Doc. No.

18] is DENIED WITHOUT PREJUDICE.  This matter will remain closed and any pending motions are DENIED as moot.


DATED:  June 30, 2021                              s/Michael J. Davis
                                                        MICHAEL J. DAVIS
                                                        United States District Court